**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 05-9625M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Juan Gutierrez-Crisantos, | ) | |
| Defendant. | ) | |

This Court has received and considered Defendant's Motion to Extend Time to Indict (Dkt. #7) and the Government's Response (Dkt. #8). Contrary to the Government's boilerplate Response, defense counsel is not seeking more time "to review discovery and to investigate the defense" as a basis of the subject motion. The Motion will be denied without prejudice for filing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) and U.S. v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

**IT IS ORDERED denying** without prejudice Defendant's Motion to Extend Time to Indict (Dkt. #7).

DATED this 19th day of October, 2005.

Lawrence O. Anderson
United States Magistrate Judge